UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DENNIS K. SUDBERRY,<br><br>　　　　　Petitioner,<br>v.<br>ISIDRO BACA, et al.,<br><br>　　　　　Respondents. | Case No. 3:16-cv-00686-HDM-WGC<br><br>ORDER |

　　　　On December 19, 2016, this court dismissed this action without prejudice (ECF No. 3), and judgment was entered (ECF No. 5). The order was served on petitioner at his address of record. *See id*. Accordingly, the motion for status check (ECF No. 6) shall be denied.

　　　　**IT IS THEREFORE ORDERED** that the motion for status check (ECF No. 6) is **DENIED**.

　　　　**IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** to petitioner one copy of this court's order dated December 19, 2016 (ECF No. 3).

　　　　DATED: March 15, 2017.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HOWARD D. MCKIBBEN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1